
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 7 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
   SHREVEPORT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL SERVICES, L.L.C. | CIVIL ACTION NO. 06-0708 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

---

### O R D E R

Before this Court is Plaintiffs' First Motion to Compel Discovery From Defendant, the City of Shreveport [Doc. #149]. Based on representations by plaintiffs in their Reply to the City's Response to this Motion to Compel that on December 12, 2007, plaintiffs received the specific documents that were the subject of this motion, and that the dispute underlying plaintiffs' First Motion to Compel is now moot,

**IT IS ORDERED** that plaintiffs' First Motion to Compel [Doc. #149] be and is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 27 day of December, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE