U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2007

ROBERT H. S........, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL SERVICES, L.L.C. | CIVIL ACTION NO. 06-0708 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Before this Court is a Motion to Strike Certain Affirmative Defenses From the Answers of the City of Shreveport, and Keith Hightower and H.M. Strong In Their Individual Capacities [Doc. #140] filed on behalf of plaintiffs, Harrelson Materials Management, Inc. f/k/a Chandler Bros., Inc. and Louisiana Environmental Services, LLC.

**IT IS ORDERED** that, to the extent any of the affirmative defenses asserted by defendants are in conflict with the laws of the United States, plaintiffs' motion [Doc. #140] is **GRANTED**. Otherwise, plaintiffs's motion is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20 day of December, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE